John D. & Lila A. COSBY, Appellants,

v.

Larry KING, Respondent.

No. 66084.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 9, 1995.

William B. Beedie, Farmington, for appellant.

David J. Kueter, Steelville, for respondent.

### ORDER

John and Lila Cosby appeal from a judgment rendered in favor of Larry King in their action to quiet title by adverse possession.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum for their in-

formation only. The judgment is affirmed pursuant to Rule 84.16(b).